**Order entered May 1, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00373-CR

**CHARLES WILLIAM DOSS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F12-58147-Y**

## ORDER

Before the Court is the State's second motion for extension of time to file its brief. We **GRANT** the motion. We **ORDER** the State's brief received April 21, 2014 filed as of the date of this order.

/s/      JIM MOSELEY
         JUSTICE